# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-1214

————————————————

SCOTT MEIDE,

Appellant,

v.

BELINDA MITCHELL,

Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
Peter L. Dearing, Judge.

September 26, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Scott Meide, pro se, Appellant.

Mike E. Jorgensen, and James Adam Owens, Jacksonville, for Appellee.